

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00115-CR

Albert **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRN000387D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice